UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION



_Cedric Jones_
_____
(Name of plaintiff or plaintiffs)

v.      CIVIL ACTION NO._____

_Adams Brothers Produce_
_____
(Name of defendant or defendants)


### COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, _Cedric Jones_
              (name of plaintiff)

is a citizen of the United States and resides at _766 Ledbetter_
                                                  (street address)

_Memphis_          _Shelby_          _TN._
(city)             (country)         (state)

_38109_                           _901 691 3732_
(zip code)                        (telephone number)

Revised 4-18-08

3. Defendant __Adam Brother Produce__
(defendant's name)
lives at, or its business is located at __3301 Winbrook__
(street address)
__Memphis, TN 38116__

4. Plaintiff sought employment from the defendant or was employed by the defendant at
__3301 Winbrook__
(street address)
__Memphis__      __Shelby__       __TN.__        __38116__
(city)            (country)        (state)       (zip code)

5. Defendant discriminated against plaintiff in the manner indicated in paragraph 9 of this complaint on or about_____

__9__ (day)    __1__ (month)    __09__ (year)

6. Defendant filed charges against the defendant with the Tennessee Fair Employment Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about_____.

__29__ (day)    __12__ (month)    __11__ (year)

7. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about_____.

__17__ (day)    __1__ (month)    __09__ (year)

8. The Equal Employment Opportunity Commission issued a Notice of Right to Sue, which was received by plaintiff on _____. (Attach a copy of the notice to
(day) (month) (year)
this complaint.)

9. Because of plaintiff's (1) _✓_ race, (2) _✓_ color, (3) ___ sex, (4) ___ religion, (5)___ national origin, defendant

   (a) ____ failed to employ plaintiff.

   (b) _✓_ terminated plaintiff's employment.

   (c) _✓_ failed to promote plaintiff.

   (d) ____ _____

Revised 4-18-08

10. The circumstances under which defendant discriminated against plaintiff were as follows: I Cedric Jone was the Senior employee at adams produce for (4) year. I was pass over two times by white men, one of which came from a deli (Jason's) and worked part time for about (4) months and became my boss. I had to train this man to be my boss. On many occassion Dean Hamil (General manager) told me the job was mine He even said I was doing a much better job then both men hired before me. Bob & Chuck the first and second Quit. after this Dean Knew I was going to come back to him about this Job. So when I went to the company doctor about my ear infection I was fired. My wife took my doctors note to Dean and put it in his hand. I called the supervisor on duty which is Davey weeks. I also have a signed statement from Davey weeks stating I called

11. The acts set forth in paragraph 9 of this complaint

   (a) ____ are still being committed by defendant.

   (b) ____ are no longer being committed by defendant.

   (c) ✓ may still be being committed by defendant.

12. Please attach to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission, which are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

   (a) ____ Defendant be directed to employ plaintiff, or

   (b) ____ Defendant be directed to re-employ plaintiff, or

   (c) ____ Defendant be directed to promote plaintiff, or;

   (d) ✓ Defendant be directed to Compensate plaintiff for wrongful termination + discrimination

and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

13.   I would like to have my case tried by a jury. Yes (✓) No ( )

_____
SIGNATURE OF PLAINTIFF