UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**CEDRIC JONES,**

    **Plaintiff,**

v.   Cv. No. 10-2351-JTF

**ADAMS BROTHERS PRODUCE,**

    **Defendant.**

# JUDGMENT

Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order of Dismissal docketed on February 7, 2013.  The action is dismissed with prejudice.

**APPROVED:**

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.  THOMAS M. GOULD
UNITED STATES DISTRICT JUDGE  CLERK

February 8, 2013  Lorri J. Fentress
DATE  (By) LAW CLERK